UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE LUPE RODRIGUEZ, JR. | **ORDER OF TRANSFER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge Lupe Rodriguez, Jr. for all further proceedings. All conferences or hearing dates previously set before Judge Brooks will remain as scheduled before Judge Rodriguez. Any dates set before the district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 20cv1681-RBB | Charder v. Saul |
| 22cv284-DMS | Arline v. Cornejo et al. |

Dated:  January 6, 2023

Hon. Ruben B. Brooks
United States Magistrate Judge

1